UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KRISHNA REDDY, | ) | Case No.: C 12-1324 PSG |
| Plaintiff, | ) | **CASE MANAGEMENT ORDER** |
| v. | ) | |
| MEDQUIST, INC., ET AL., | ) | |
| Defendants. | ) | |

On August 7, 2012, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Case Management Statements and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the hearing on Defendants' motion to declare Plaintiff a vexatious litigant is vacated and the motion is taken under submission.

IT IS FURTHER ORDERED that the case is stayed until the court issues a ruling on Defendants' motion to declare Plaintiff a vexatious litigant. If the court denies Defendants' motion to declare Plaintiff a vexatious litigant, a further case management conference will be scheduled.

Dated: 9/14/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: C 12-1324 PSG
ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: C 12-1324 PSG
ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: C 12-1324 PSG
ORDER