UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISHNA REDDY,<br><br>            Plaintiff,<br>   v.<br><br>MEDQUIST, INC., et al.,<br><br>            Defendants. | Case No.: C 12-01324 PSG<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(Re: Docket No. 118)** |

Plaintiff Krishna Reddy ("Reddy") proceeding *pro se* moves to proceed in forma pauperis. In support of the motion, Reddy includes an application identifying her financial assets, debts, and monthly expenses. Having reviewed the papers,

IT IS HEREBY ORDERED that Reddy's motion is DENIED as moot.

Reddy filed this case on March 16, 2012. She has already paid the filing fee to proceed with the case.

**IT IS SO ORDERED.**

Dated:  October 9, 2012

                                                        PAUL S. GREWAL
                                                        United States Magistrate Judge