**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| KRISHNA REDDY,<br><br>            Plaintiff,<br>    v.<br><br>MEDQUIST, INC., et. al.,<br><br>            Defendants. | Case No.: C 12-01324 PSG<br><br>**ORDER REGARDING COURT'S JURISDICTION**<br><br>**(Re: Docket No. 143)** |

On February 28, 2013, the Ninth Circuit dismissed Plaintiff Krishna Reddy's ("Reddy") appeal for lack of jurisdiction.[1]  Consistent with the court's February 6, 2013 order,[2] the court shall proceed to decide pending motions in this case, including the pending motions to dismiss.[3]  No further briefing or argument will be permitted.

IT IS SO ORDERED.

Dated: February 28, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See Reddy v. CBay Systems Holdings, Ltd., et. al.*, Case No. 13-15006 (9th Cir. 2013), Docket No. 12.

[2] *See* Docket No. 135.

[3] *See* Docket No. 68, 76, 84, 86.

1

Case No.: 12-01324 PSG
ORDER