UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISHNA REDDY, | Case No.: C 12-01324 PSG |
| Plaintiff, | **ORDER TO SHOW CAUSE RE PROOFS OF SERVICE** |
| v. | |
| MEDQUIST, INC., et al., | |
| Defendants. | |

On March 16, 2012, Plaintiff Krishna Reddy ("Reddy") sued a number of defendants, including Kathy Pinkstaff, April Porter, Mayra Figueras, Russell Dunn, Steven E. Allen, Judy Compagno, Jason Gerster, John W. Guaintance, and John M. Suender.  As Reddy sued the aforementioned defendants both as individuals and agents of MedQuist Transcriptions, LTD ("MedQuist"), she is required to show proof that she served defendants within 120 days in compliance with Fed. R. Civ. P. 4(e).  It appears that Reddy has only mailed the defendants at MedQuist's Tennessee address, which is insufficient to effect individual service.[1]  Accordingly,

IT IS HEREBY ORDERED that Reddy show good cause for her failure to timely serve the above-referenced defendants by June 21, 2013.  If she cannot do so, the court will dismiss the case as to those defendants under Fed. R. Civ. P. 4(m).

---

[1] *See* Fed. R. Civ. P. 4(e); *See also Thompson v. Kerr*, 555 F. Supp. 1090, 1093-94 (S.D. Ohio 1982) (where the plaintiff sued both the corporation and the individual employees, and the complaint was served by certified mail only to the corporate office, service was "insufficient to satisfy the service of process requirements with respect to the individual defendants").

1
Case No.: C 12-01324 PSG
ORDER TO SHOW CAUSE

1    **IT IS SO ORDERED.**

2    Dated: June 12, 2013

                                       PAUL S. GREWAL
                                       United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

Case No.: C 12-01324 PSG
ORDER TO SHOW CAUSE